JULIA MARINAN et al., as Administrators of the Estate of PATRICK J. MARINAN, Deceased, Appellants, *v.* HERBERT KRONBERGER, Respondent.

Argued March 1, 1939; decided April 4, 1939.

*David Tepp* for appellants.

*Clarence S. Zipp* and *J. Austin Lyons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.